# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LEE GOSTON**                                                                                                    **PLAINTIFF**
**ADC #105879**

**v.**                          **CASE NO.: 5:07CV00068 SWW/BD**

**YOLONDA CLARK, et. al.**                                                                        **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint (# 2) is DISMISSED without prejudice.

IT IS SO ORDERED, this 31st day of May, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE