# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LEE GOSTON**                                                                                      **PLAINTIFF**
**ADC #105879**

**v.**                          **CASE NO.: 5:07CV00068 SWW/BD**

**YOLONDA CLARK, et. al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED, this 31st day of May, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE